JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. PATON,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; JP MORGAN CHASE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  SACV14-01303-JLS (ANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION ONLY**<br><br>Honorable Josephine L. Staton |

      Having reviewed the parties' Stipulation of Dismissal with Prejudice between Plaintiff and Defendant Transunion Only,  IT IS HEREBY ORDERED that all claims of Plaintiff, Ronald D. Paton, against Defendant Transunion are dismissed with prejudice.   The parties shall each bear their own costs and

attorneys' fees. The Order to Show Cause for Failure to File Joint 26(f) Report is discharged. (Doc. 31.)

Dated: December 15, 2014

**SO ORDERED:**

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge